```
1  Jeffrey J. Lowe
   The Lowe Law Firm
2  8235 Forsyth Blvd. Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.678.3400
   Facsimile: 314.678.3401
4  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-0403 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Betty Sherman, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs Nancy Wise, James Whitlow, Lester Vogel, Daniel Aragon, Thomas Tibble, Alfred Mazzanti, Ed James, John Foster, Maggie Osby, Carolyn Staashelm, Janice Talbot, Donald Hughes, Richard Kiehl, Johnnie James, Peter Hanczaryk, Pearlena Crockett, Barbara Lowden, Shirley Hangst for decedent Amy Love, Lucinda Lego, Dawn McDaniel, and Dorothy Schimmel for decedent Owen Schimmel in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: 1/15, 2010 | By: *[signature]* Jeffrey J. Lowe |
| 2 | | |
| 3 | | **The Lowe Law Firm** |
| | | 8235 Forsyth Blvd, Suite 1100 |
| | | St. Louis, Missouri 63105 |
| 4 | | Telephone: 314.678.3400 |
| | | Facsimile: 314.678.3401 |
| 5 | | Attorneys for Plaintiffs |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | DATED: 1/27, 2010 | By: *[signature]* |
| 8 | | |
| 9 | | **DLA PIPER LLP (US)** |
| 10 | | 1251 Avenue of the Americas |
| | | New York, New York 10020 |
| 11 | | Telephone: 212-335-4500 |
| | | Facsimile: 212-335-4501 |
| 12 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-